


FILED
1/13/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT


RECEIVED
APR 20 2015
APR 2 0 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Joshua Edward Stanton

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

CCDOC
Commander W. Thomas
Divison/Dept VL

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

14-cv-09974

C.
(To be supplied by the <u>Clerk of this Court</u>)

CHECK ONE ONLY:          **AMENDED COMPLAINT**

___✓___  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

   A. Name: Joshua Edward Stanton

   B. List all aliases: _____

   C. Prisoner identification number: _____

   D. Place of present confinement: C.C. D.O.C.

   E. Address: _____

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Cook County D.O.C.

   Title: Cook County Jail

   Place of Employment: _____

   B. Defendant: Commander W. Thomas Division 6

   Title: Commander

   Place of Employment: Cook County D.O.C.

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Stanton v. Dart 14 C 9974  1:14-cv-09974

B. Approximate date of filing lawsuit: 11-22, 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: Inhumane Living Conditions

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Reviewed: 8/2013

Dear Clerk I Joshua Stanton filed a lawsuit in NOV of 2014 due to Inhuman living Conditions that I have been exposed to since I been in the Cook County Jail. The Law suit explained the out of control rodent problem, the rat droppings and rat urine all on the cat walk under the inmates bed and so on. The rats were in the comissaray bags, there were rat droppings in our bowls sometimes no proper disinfect was given to clean. Also mold was in the sink on the bars and the ceiling. Other problems like Harmful Bacteria and airbone diease caused by rat droppings was mentioned. Rust dripping from the pipe in the shower and the ceiling inside the shower was completely corroded. Health codes being violated and our cry for help over looked. It also talked about the toilet overflowing with human urine and feces where I was told to clean up when the problem occured upstairs on another tier flooding the top deck of our tier. There was no bleach provided to clean the cell and further I refused to clean up human urine and feces was wrote a ticket for refusal to lock up and was found not gulity

on the ticket. Thank GOD, at this time I do not know the status of my case # 1:14-cv-09974 please let me know if the case is still pending as I did not fully understand if this case had been dismissed thank you for time.

Respectfully Submitted
Joshua Stanton
I.D. # 20130723116

P.S. I also wrote Lisa Madigan about these Inhuman Conditions the Grievances are not being responsed to as they should nothing is being done I've just been moved back to Divison 1 F2 and the rodents are still out of control rat droppings everywhere Ms. Madigan said her department does not handle these matters talk to the officers at the County Jail which clearly is not working our cry is being over looked these conditions are Inhumane and dangerous Thank You have a very Blessed Day First letter sent to Ms. Madigan on 10-7-14 Second letter sent 11-19-14

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In Jan of 2015 I was moved to LN in divison 6 upon arrival. There was no heat in Cell 11 a Grievance was filed that temperture's were freezing on 1-8-15 this Grievance was filed and the Grievance clearly stated that the cell was freezing and we were living worse then animals a animal deserves to be warm The living conditions are Inhumane. On 1-24-15 another Grievance was filed clearly stating that the cell was so cold I had to put plastic a sheet and two blankets on the window to try to keep out the air. On 1-24-15 a thrid Grievance was filed clearly stating there is still no heat in cell 11 stating again that it's so cold I had to put up plastic a sheet and two blankets. In January there

was 11 below zero days on record in the city of Chicago. I then appealed the County's response that the Heat was adjusted clearly there was no heat and on Feb 18 2015 the coldest day in history in the City Chicago temps dropped so low it broke a 79 year old record which the news board casted I was still in a cell with no heat freezing which was clearly wrong and Inhumane My appeal was rejected and the orginal response was to stand if I would had got sick and died from the constant exposure to frigid conditions I would just be dead I suffered for three in a half months really four cause the cell remained cold at night even on certain days when the weather started to break Every detainee should be cared for especially in the County Jail our cry is being over looked I have exhausted all administrative remedies and appeals and responsed within in 14 days. It's a terrible feeling to be freezing to the point your hand and feet feel like ice all day and night.

5

Reviewed: 8/2013

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would to be extremly compensated for my pain and suffering due to these Inhumene living Conditions I would also like to know that the Department of Justice will put a end to these Inhumene Living Conditions Expeditiously

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☑ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 4 day of 10, 20 15

_____
(Signature of plaintiff or plaintiffs)

Joshua Stanton
(Print name)

2013 0723 116
(I.D. Number)

8227 S. Vernon
Chicago IL, 60619
(Address)

6                                           Reviewed: 8/2013